**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELIZA ABEYTA,

    Plaintiff,

v.                                                                   CV No. 18-928 CG/LF

UNITED STATES OF AMERICA, et al.,

    Defendants.

## ORDER VACATING PRETRIAL CONFERENCE AND NON-JURY TRIAL

**THIS MATTER** is before the Court upon notice that this case has settled, (Doc. 38). **IT IS HEREBY ORDERED** that the Pretrial Conference currently scheduled for February 3, 2020, is **VACATED**. **IT IS FURTHER ORDERED** that the Non-Jury Trial scheduled to begin March 16, 2020 is **VACATED**. All trial scheduling deadlines associated with the Court's *Order Setting Pretrial Conference and Non-Jury Trial*, (Doc. 30), are hereby **VACATED**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE